UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYSABETH BUN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITYOF LIVERMORE, et al.,<br><br>        Defendants. | Case No. 17-cv-06418-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff in the above-entitled matter failed to appear at the case management conference on February 5, 2018, failed to serve Defendants within 90 days as required by Federal Rule of Civil Procedure 4(m), and failed to comply with the Court's Initial Case Management Scheduling Order of November 3, 2017 (Docket No. 4). Therefore, the Court issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff shall file a written statement by no later than February 12, 2018 showing cause as to why the case should not be dismissed for failure to prosecute. Failure to comply with this Order will result in a Report and Recommendation to a District Court Judge that the case be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 5, 2018

_____
SALLIE KIM
United States Magistrate Judge